## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frederick Jones Jr.

CHAPTER 13

Debtor(s)

BKY. NO. 18-15431 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin

Mark Cronin
01 Nov 2023, 12:49:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 28e769a7c40df1c79a6336c67e9be3ed54360460043b224bf89584533de6fae3