UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Frederick Jones**  :  CHAPTER 13
:
:
DEBTOR  :  BANKRUPTCY NO.: **18-15431\AMC**

# ORDER OF COURT

**AND NOW**, this ___3rd___ day of ___November,___ 2023, upon consideration of Debtor's Request for an Extension to File Financial Management Course until **November 2, 2023**:

It is hereby **ORDERED** that the Request is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge