United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Frederick Jones, Jr.  
    Debtor

Case No. 18-15431-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 08, 2023     Form ID: 138OBJ     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Jones, Jr., 274 South Cecil Street, Philadelphia, PA 19139-3825 |
| 14182201 | + | Caliber Home Loans, PO Box 650856, Dallas, TX 75265-0856 |
| 14182202 | | City of Philadelphia, PO Box 8500-2451, Philadelphia, PA 19178-2451 |
| 14182204 | + | McCabe, Weisberg &Conway, P.C., First Union Building, Suite 1400, 123 South Board Street, Philadelphia, PA 19109-1029 |
| 14827734 | + | US Bank Trust National Association, c/o Mark A. Cronin, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14182200 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 09 2023 00:14:00 | Bank of America, PO box 9000, Getzville, NY 14068-9000 |
| 14264081 | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14182203 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 09 2023 00:15:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14182205 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2023 00:14:00 | PECO, Attn: Michael P. Murphy-S22-1, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14182206 | ^ | MEBN | Dec 09 2023 00:11:05 | PGW, 800 West Montgomery Drive, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14196152 | ^ | MEBN | Dec 09 2023 00:11:06 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14827558 | ^ | MEBN | Dec 09 2023 00:11:01 | U.S. Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 138OBJ | Total Noticed: 14 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14601283 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Frederick Jones Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| THOMAS SONG | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Frederick Jones, Jr.
      Debtor(s)

Case No: 18−15431−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/8/23